James E. SKIDMORE, Petitioner,

v.

FIRST BANK OF MINNEAPOLIS, Personal Representative of the Estate of Merrill J. Anderson; First Bank of Minneapolis, Personal Representative of the Estate of Donna D. Anderson; Wallace L. Hall a/k/a Wallace Hall; Gerald W. Feil and Sally S. Feil; George W. Callan and Mary Ann Callan; Communities Foundation of Texas; Hall Associates, Ltd.; La Plata Ab-

stract Company, Trustee, Colorado Corporation; and the Public Trustee of the County of Archuleta, State of Colorado, and all Unknown Persons who Claim any Interest in the Subject Matter of this Action, Respondents.

No. 89SC3.

Supreme Court of Colorado,
En Banc.

May 2, 1990.

### ORDER OF COURT

Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of counsel, and being sufficiently advised in the premises,

IT IS ORDERED that the Writ of Certiorari is DENIED as having been improvidently granted.